IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Poturica, William K  
Poturica, Stephanie  
Printed: 5/6/08

Case Number: 08 B 02625  
Judge: Hollis, Pamela S  
Filed: 2/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 24, 2008  
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Citicorp Trust Bank,FSB | Secured | 0.00 | 0.00 |
| 2. | Citicorp Trust Bank,FSB | Secured | 0.00 | 0.00 |
| 3. | B-Real LLC | Unsecured | 0.00 | 0.00 |
| 4. | Capital One | Unsecured | 0.00 | 0.00 |
| 5. | Capital One | Unsecured | 0.00 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 8. | Wells Fargo Financial Bank | Unsecured | 0.00 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 11. | Citicorp Trust Bank,FSB | Secured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Poturica, William  K
        Poturica, Stephanie
        Printed:  5/6/08

Case Number:  08 B 02625
Judge:  Hollis, Pamela S
Filed:  2/6/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

